# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re:

DAVID RICHARD DERDERIAN

Debtor(s)

Case No. 6:15-bk-05546-KSJ

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Laurie K. Weatherford, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/26/2015.

2) The plan was confirmed on 07/13/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/17/2018, 10/29/2019.

4) The trustee filed action to remedy default by the debtor in performance under the plan 09/16/2016, 12/05/2016, 11/03/2017, 05/16/2018, 09/28/2018, 06/07/2019, 11/26/2019, 02/05/2020, 06/17/2020.

5) The case was Completed on 07/01/2020.

6) Number of months from filing or conversion to last payment: 60.

7) Number of months case was pending: 67.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $142,500.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $25,522.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $25,522.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,190.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,353.39 |
| Other | $1,800.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $6,343.39

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACCOUNT RECEIVABLES SO | Unsecured | 231.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE, LP | Unsecured | 983.00 | 964.25 | 964.25 | 55.01 | 0.00 |
| ARNOLDHARRIS | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 8,000.00 | NA | NA | 0.00 | 0.00 |
| BREVARD COUNTY TAX COLLECTO | Secured | NA | 2,619.79 | 3,420.96 | 3,420.96 | 0.00 |
| CAPE CANAVERAL HOSPITAL | Unsecured | 10,000.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| CMRE FINANCIAL SERVICES INC | Unsecured | 811.00 | NA | NA | 0.00 | 0.00 |
| CMRE FINANCIAL SERVICES INC | Unsecured | 546.00 | NA | NA | 0.00 | 0.00 |
| CMRE FINANCIAL SERVICES INC | Unsecured | 546.00 | NA | NA | 0.00 | 0.00 |
| CMRE FINANCIAL SERVICES INC | Unsecured | 546.00 | NA | NA | 0.00 | 0.00 |
| CMRE FINANCIAL SERVICES INC | Unsecured | 124.00 | NA | NA | 0.00 | 0.00 |
| CONSUMERS ENERGY COMPANY | Unsecured | 250.00 | 175.69 | 175.69 | 10.02 | 0.00 |
| CREDIT COLLECTIONS SVC | Unsecured | 289.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 584.00 | NA | NA | 0.00 | 0.00 |
| CREDIT SERVICES INC | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT OF TREASURY/REVE | Priority | NA | 699.52 | 699.52 | 699.52 | 0.00 |
| DEPARTMENT OF TREASURY/REVE | Unsecured | NA | 4,102.59 | 4,102.59 | 234.10 | 0.00 |
| DISTRICT COURT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DTE ENERGY | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| DTE ENERGY | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |
| GREEN TAX FUNDING | Secured | 0.00 | 2,784.67 | NA | 0.00 | 0.00 |
| HOLMES REGIONAL MEDICAL CEN | Unsecured | NA | 1,315.25 | 1,315.25 | 75.05 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 330.46 | 330.46 | 18.85 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 3,849.90 | 3,849.90 | 3,849.90 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 949.58 | 949.58 | 949.58 | 0.00 |
| J J MARSHALL & ASSOC | Unsecured | 496.00 | NA | NA | 0.00 | 0.00 |
| J J MARSHALL & ASSOC | Unsecured | 1,270.00 | NA | NA | 0.00 | 0.00 |
| JIM SULIVAN | Unsecured | 13,000.00 | NA | NA | 0.00 | 0.00 |
| JJ MARSHALL & ASSOCI | Unsecured | 302.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| JOHN PARNELL | Unsecured | 4,000.00 | NA | NA | 0.00 | 0.00 |
| KEYS FUNDING, LLC - 1019 | Secured | NA | 2,709.53 | 2,712.78 | 2,712.78 | 0.00 |
| LOWER KEYS HOSPITAL | Unsecured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| MACOMB TAX COLLECTOR | Secured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| MACOMB TAX COLLECTOR | Secured | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MANAGEMENT KINGSLEY MANOR | Secured | 8,000.00 | NA | NA | 0.00 | 0.00 |
| MCLAREN MACOMB | Unsecured | 50,000.00 | 26,561.04 | 26,561.04 | 1,524.96 | 0.00 |
| MONEY RECOVERY NATIONW | Unsecured | 581.00 | NA | NA | 0.00 | 0.00 |
| PAUL MCNAMARA | Priority | 40,000.00 | 11,805.54 | NA | 0.00 | 0.00 |
| PAUL MCNAMARA | Unsecured | NA | 19,810.37 | NA | 0.00 | 0.00 |
| PHYLLIS SHERMAN | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| STELLAR RECOVERY INC | Unsecured | 163.00 | NA | NA | 0.00 | 0.00 |
| SUPERIOR COURT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TERESA KANKA | Unsecured | 14,000.00 | NA | NA | 0.00 | 0.00 |
| THE ASSOCIATION LAW FIRM | Unsecured | NA | 2,814.02 | 2,814.02 | 160.56 | 0.00 |
| U.S. BANK AS CUST | Secured | NA | 2,698.40 | 2,688.90 | 2,688.90 | 0.00 |
| US BANK AS CUST FOR GREEN TAX | Secured | NA | 2,778.42 | 2,778.42 | 2,778.42 | 0.00 |
| WEGNER VOLMER PL | Unsecured | 9,000.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $11,601.06 | $11,601.06 | $0.00 |
| **TOTAL SECURED:** | **$11,601.06** | **$11,601.06** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $5,499.00 | $5,499.00 | $0.00 |
| **TOTAL PRIORITY:** | **$5,499.00** | **$5,499.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$36,263.30** | **$2,078.55** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $6,343.39 |
| Disbursements to Creditors | $19,178.61 |
| **TOTAL DISBURSEMENTS :** | **$25,522.00** |

**UST Form 101-13-FR-S (09/01/2009)**

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/04/2021

By: /s/ Laurie K. Weatherford
　　　　　　　　　Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**